of Appeal, Third Circuit, Parish of Evangeline. 198 So.2d 543.

Writ refused. On the facts found by the Court of Appeal the result is correct.

■

200 So.2d 666

**Newell H. SMITH, Jr.**

**v.**

**SERVICE CONTRACTING, INC., et al.**

**No. 48795.**

June 30, 1967.

In re: Newell H. Smith, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 199 So.2d 36.

Writ refused. There is no error of law in the judgment of the Court of Appeal.